Form 1

FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

FILED
2009 DEC 16  PM 3: 53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

Name of United States District Court for the Western District of Texas

Case Number A-07-CA-372

The Western Union Company, Plaintiff,

v.    **NOTICE OF APPEAL**

MoneyGram Payment Systems, Inc., Defendant.

Notice is hereby given that The Western Union Company (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment (from the final judgment) ((from an order) (describe the order)) entered in this action on November 18, 2009 (date).

(Signature of appellant or attorney)

Clark, Thomas and Winters P.C.
300 W. 6th Street, 15th Floor
Austin, Texas 78767

(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

## CERTIFICATE OF SERVICE

I hereby certify that on the /// day of December 2009, a true and correct copy of the foregoing was served via electronic mail and thereafter by first class mail to the following:

Emmett J. McMahon
Martin R. Lueck
Stacey P. Slaughter
Glenna L. Gilbert
Sang Young Brodie
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Chris Blackerby
Germer Gertz Beaman & Brown, L.L.P.
301 Congress Avenue, Suite 1700
Austin, TX 78701

**ATTORNEYS FOR DEFENDANT
MONEYGRAM PAYMENT SYSTEMS, INC.**

Mark T. Mitchell

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100004732
Cashier ID: kwallace
Transaction Date: 12/16/2009
Payer Name: CLARK, THOMAS AND WINTERS
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THE WESTERN UNION COMPANY
 Amount:        $455.00
----------------------------------
CHECK
 Check/Money Order Num: 106488
 Amt Tendered: $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

1:07-CV-372: THE WESTERN UNION
COMPANY v MONEYGRAM PAYMENT
SYSTEMS, INC.
```