FILED
2009 DEC 17 PM 2:48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

The United States District Court for the Western District of Texas

Case Number A-07-CA-372-SS

The Western Union Company,     Plaintiff,

v.     **AMENDED NOTICE OF APPEAL**

MoneyGram Payment Systems, Inc.,   Defendant.

    Notice is hereby given that MoneyGram Payment Systems, Inc. in the above named case appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment, entered on 11-18-09 and all related orders and judgments including but not limited to Order adopting special master's claim construction, entered 11-6-08, and Order denying motions for JMOL and new trial filed 11-17-09, and Order denying motion for workaround period entered 12-10-09.

_____
(Signature of appellant or attorney)

Germer, Gertz, Beaman & Brown, L.L.P.
301 Congress Avenue, Suite 1700
Austin, TX 78701
(Address of appellant or attorney

**ORIGINAL**

81165798.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE WESTERN UNION COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. A07CA372 SS |
| vs. ) | |
| ) | |
| MONEYGRAM PAYMENT SYSTEMS, ) | Jury Trial Demanded |
| INC., ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned person hereby certifies that on this date, December 17, 2009, a true and correct copy of DEFENDANT MONEYGRAM PAYMENT SYSTEMS, INC.'S AMENDED NOTICE OF APPEAL was filed with the Clerk of the Court, and that a copy was sent via electronic mail to the following counsel:

David E. Sipiora (desipiora@townsend.com)
Ian L. Saffer (ilsaffer@townsend.com)
Ryan D. Phillips (rdphillips@townsend.com)
Amanda L. Swaim alswaim@townsend.com)
Kevin M. Bell (kmbell@townsend.com)
Townsend and Townsend and Crew, LLP
1400 Wewatta Street
Suite 600
Denver, CO 80202

Mark A. Mayfield (mam@ctw.com)
Mark T. Mitchell (mtm@ctw.com)
Clark, Thomas & Winters
P. O. Box 1148
Austin, TX 78767-1148

*[signature]*
Chris A. Blackerby

**ORIGINAL**

81165856.1

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100004738
Cashier ID: kwallace
Transaction Date: 12/17/2009
Payer Name: GERMER GERTZ LLP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GERMER GERTZ LLP
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 016441
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:07-CV-372; THE WESTERN UNION
COMPANY v MONEYGRAM PAYMENT
SYSTEMS, INC.
```