UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN 28 PM 2:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

| | |
|---|---|
| THE WESTERN UNION COMPANY ) | |
| ) | |
| Plaintiff, ) | CASE NO. A07CA372 SS |
| vs. ) | |
| ) | |
| MONEYGRAM PAYMENT SYSTEMS, ) | Jury Trial Demanded |
| INC., ) | |
| ) | |
| Defendant. ) | |

### [Proposed] ORDER

BEFORE THE COURT is MoneyGram Payment Systems, Inc. and The Western Union Company's Joint Motion to Release Supersedeas Bond. Having considered the motion, the Court determines that the motion should be **GRANTED**. Therefore,

**IT IS ORDERED** that MoneyGram Payment Systems, Inc. and The Western Union Company's Joint Motion to Release Supersedeas Bond is granted, and that MoneyGram Payment Systems, Inc. and Fidelity and Deposit Company of Maryland/Zurich American Insurance Company shall have no obligation and are hereby released from Bond Number CGB 8942622..

DATED: _June 28_, 2011

BY THE COURT:

_____
United States District Court Judge Sam Sparks