IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUL 12 AM 11: 24
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

THE WESTERN UNION COMPANY,
Plaintiff,

-vs-

Case No. A-07-CA-372-SS

MONEYGRAM INTERNATIONAL, INC.,
Defendant.

## JUDGMENT

BE IT REMEMBERED on this date the Court reviewed the mandate of the United States Court of Appeals for the Federal Circuit, which reversed the jury verdict and this Court's November 18, 2009 judgment in favor of The Western Union Company, and rendered judgment in favor of MoneyGram International, Inc., and accordingly the Court now enters the following.

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff The Western Union Company shall TAKE NOTHING against Defendant MoneyGram International, Inc. on the Plaintiff's claims under the '203 patent, the '747 patent, and the '309 patent, and all costs of suit shall be taxed against the Plaintiff, for which let execution issue.

SIGNED this the 12th day of July 2011.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

372 jul 11 judgment mjh.frm